**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| AMERGIN RAIL 2023-1, LLC,<br>Plaintiff, | ) <br> ) <br> ) |
| v. | )    **Case No. 2:25-CV-00568** <br> ) |
| INDIANA HARBOR BELT RAILROAD<br>COMPANY,<br>Defendant. | ) <br> ) <br> ) <br> ) |

**DEFENDANT INDIANA HARBOR BELT RAILROAD COMPANY'S MOTION TO DISMISS AND STRIKE PLAINTIFF AMERGIN RAIL 2023-1, LLC'S COMPLAINT**

Defendant, Indiana Harbor Belt Railroad Company ("IHB"), by undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(f), to dismiss Plaintiff Amergin Rail 2023-1, LLC's ("Plaintiff") Complaint in its entirety, or in the alternative, strike or dismiss Counts II through VI of Plaintiff's Complaint.

WHEREFORE, Defendant IHB respectfully requests that the Court enter an order dismissing Plaintiff's Complaint in its entirety, with prejudice, or, alternatively, enter an order striking or dismissing Counts II through VI of Plaintiff's Complaint.

Dated: February 10, 2026

Respectfully Submitted,

Indiana Harbor Belt Railway Company

By: /s/ David C. Jensen
*One of the attorneys for defendant,*
*Indiana Harbor Belt Railway Company*

David C. Jensen, #4893-45
John P. Twohy, 19603-53
EICHHORN & EICHHORN, LLP
2929 Carlson Drive, Suite 100
Hammond, Indiana 46323
Tel. (219) 931-0560

1

djensen@eichhorn-law.com
jtwohy@eichhorn-law.com

Rebecca B. Chaney (*pro hac vice* forthcoming)
Marie S. Dennis (*pro hac vice* forthcoming)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel. (202) 624-2500
rchaney@crowell.com
mdennis@crowell.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/  David C. Jensen
